UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FAZAL RAHEMAN
    Petitioner
v                             MOTION FOR LEAVE TO PROCEED IN
                                     FORMA PAUPERIS
UNITED STATES
    Respondent

    The Petitioner in the above captioned cause moves this Honorable Court for leave to proceed in Forma Pauperis. As reasons therefore he respectfully presents his notarized Affidavit in support with certification of funds in his institutional account. Petitioner further submits that Petitioner was found indigent by this Court and the Court of Appeals on the action that is subject of the instant Petition.

    For all the above reasons Petitioner respectfully prays that this Honorable Court grant leave to proceed in Forma Pauperis and waive the filing fee.

                                                                    Respectfully submitted,

                                                                    Fazal Raheman, Pro Se,
                                                                    Reg No 46236-008
                                                                    Federal Medical Center, Devens,
                                                                    Post Box 879,
                                                                    Ayer, MA 01432
After July 29 -  c/o Don Mossman
                                                                    30 Liberty Hill Drive,
                                                                    Blackstone, MA 01432

                             CERTIFICATE OF SERVICE

    This is to certify that I the undersigned delivered the foregoing Motion to the Clerk, United States District Court, District of Massachusetts, One Courthouse Way, Boston, MA 02210 by First Class Certified Mail on July 20, 2005, by depositing in the FMC Mailing System.

Certified Mail Receipt
No. 7004 1160 0007 0140 2625

                                                             Fazal Raheman

§ 2254 Rules                                   Form 1

### IN FORMA PAUPERIS DECLARATION
### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS
[Insert appropriate court]

Fazal Raheman                      DECLARATION IN SUPPORT
(Petitioner)                       OF REQUEST
        v.                         TO PROCEED
United States                      IN FORMA PAUPERIS
(Respondent(s))

I, F. Raheman declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes ☐   No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.
   _____Not Applicable_____

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   _____September 15 2004, $1200/= per month_____

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?   Yes ☐   No ☒
   b. Rent payments, interest or dividends?              Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?   Yes ☐   No ☒
   d. Gifts or inheritances?                             Yes ☐   No ☒
   e. Any other sources?                                 Yes ☐   No ☒

   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.
   _____Not Applicable_____

3. Do you own cash, or do you have money in checking or savings account?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.  _____Not applicable_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.   Nida Fazal Raheman   Daughter   None at the present time
                                    Ali Fazal Raheman    Son        None at the present time

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on 2|21 (date).

June 2005                                _____
                                         Signature of Petitioner

                                                              623

Form 1                              § 2254 Rules

Certificate

I hereby certify that the movant herein has the sum of $ __0__ on account to his credit at the _____ institution where he is confined.
I further certify that petitioner likewise has the following securities to his credit according to the records of said _____ institution: _____

prior 6 monthly deposits = $1,141.10     _____
                                          Authorized Officer of Institution

(Amended, effective August 1, 1982; effective December 1, 2004.)

FMC Devens
AYER MA
01432

624

## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 46236008 | Current Institution: | Devens FMC |
| Inmate Name: | RAHEMAN-FAZAL, FAZAL | Housing Unit: | G UNIT |
| Report Date: | 06/13/2005 | Living Quarters: | G02-231U |
| Report Time: | 3:37:59 PM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 6215 |
| FRP Participation Status: | Participating |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 10/7/2002 |
| Local Account Activation Date: | 7/1/1991 |
| Sort Codes: | |
| Last Account Update: | 6/12/2005 3:37:46 PM |
| Account Status: | Active |
| ITS Balance: | $1.08 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| Quarterly | $25.00 | 0% |

## Account Balances

| | |
|---|---|
| Account Balance: | $0.00 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.00 |
| National 6 Months Deposits: | $1,141.10 |
| National 6 Months Withdrawals: | $1,167.45 |
| National 6 Months Avg Daily Balance: | $81.85 |
| Local Max. Balance - Prev. 30 Days: | $92.86 |
| Average Balance - Prev. 30 Days: | $39.71 |

**MASSACHUSETTS ALL-PURPOSE ACKNOWLEDGMENT**  Gov. Exec. Ord. #455 (03-13), §5(d)

Commonwealth of Massachusetts
County of  Middlesex                                 } ss.

On this the  21st  day of  June                , 2005 , before me,
         Day              Month                  Year

 Carmen Alvidrez                        , the undersigned Notary Public,
   Name of Notary Public

personally appeared  Fazal Ur Raheman-Fazal                  ,
                       Name(s) of Signer(s)

proved to me through satisfactory evidence of identity, which was/were

 Federal Bureau of Prisons Inmate ID                       ,
           Description of Evidence of Identity

to be the person(s) whose name(s) is/are signed on the preceding or attached document, and acknowledged to me that he/she/they signed it voluntarily for its stated purpose(.)

☐ as partner(s) for _____
                         Name of Partnership

_____, a partnership.

☐ as _____ for
         Title of Office

_____, a corporation.
     Name of Corporation

☐ as attorney in fact for _____
                              Name of Principal Signer

_____, the principal.

☐ as _____ for _____
        Type of Capacity

_____, a/the _____.
Name of Person/Entity      Type of Entity

  Carmen Alvidrez
     Signature of Notary Public

  Carmen Alvidrez
     Printed Name of Notary

[Notary Seal: CARMEN ALVIDREZ, Notary Public, Commonwealth of Massachusetts, My Commission Expires Apr 14, 2006]

Place Notary Seal and/or Any Stamp Above

My Commission Expires  April 14, 2006

——————————— OPTIONAL ———————————

*Although the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Right Thumbprint of Signer**
Top of thumb here

**Description of Attached Document**

Title or Type of Document:  In Forma Pauperis Declaration

Document Date:  6-21-05    Number of Pages:  4

Signer(s) Other Than Named Above: _____

© 2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org
Item No. 5951                            Reorder: Call Toll-Free 1-800-US NOTARY (1-800-876-6827)