UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FAZAL RAHEMAN | ) | |
| | ) | |
| v. | ) | CIV. NO. 05-CV-11568-PBS |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

## Government's Motion for Enlargement of Time

The United States of America, by and through Assistant United States Attorney John T. McNeil, respectfully submits this motion for a 31 day enlargement of time to file a response to the petition in the case captioned above. As reason therefore, the government notes that the instant petition was filed on July 22, 2005, and an order requiring the government's response was entered on August 2, 2005; the government received the order on or about August 4, 2005. Undersigned counsel was on annual leave from August 5-14, 2005, and at the National Advocacy Center from August 16-19, 2005. Moreover undersigned counsel expects to be on annual leave much of the week of August 29, 2005. Undersigned counsel is also currently drafting, among other things, a responsive brief in United States v. Jose Delacruz, First Cir. No. 04-2315, and a response to the Boston Globe's motion to intervene and vacate the discovery protective order in United States v. Thomas M. Finneran, Crim.No. 05-10140-RGS.

For the foregoing reasons, the government respectfully requests that it be given to September 26, 2005, to respond.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Date: August 24, 2005          By: *John T. McNeil*
                                   JOHN T. MCNEIL
                                   Assistant U.S. Attorney

1

2

## CERTIFICATE OF SERVICE

      I hereby certify that I served a copy of the foregoing pleading on the petitioner, Fazal Raheman, c/o Don Mossman, 30 Liberty Hill Drive, Blackstone, MA 01504, by first class mail on August 24, 2005.

                                         */s/ John T. McNeil*
                                           John T. McNeil
                                           Assistant U.S. Attorney

2