UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FAZAL RAHEMAN         ) | |
|                       ) | CIVIL NO. |
|     v.                ) | 05-11568-PBS |
|                       ) | |
| UNITED STATES OF AMERICA ) | |

NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby respectfully gives notice for the appearance of the undersigned counsel for the government TO BE NOTICED ELECTRONICALLY REGARDING ALL FILINGS.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                              By:  /s/ John T. McNeil
                                            JOHN T. MCNEIL
                                            Assistant U.S. Attorney

Dated: August 26, 2005