UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FAZAL RAHEMAN
    Petitioner

v.                        CIV. NO. 05-CV-11568-PBS

UNITED STATES OF AMERICA
    Respondent

**MOTION FOR ENLARGEMENT OF TIME TO FILE THE REPLY BRIEF**

The Petitioner in the above captioned cause respectfully moves this Honorable Court for a 60 day enlargement of time to file his Reply to Respondent's answer. As reasons therefore Petitioner submits that the instant Petition was filed on July 22, 2005. An order requiring Respondent's response "within 20 days of the receipt of [that] order," was entered on August 2, 2005. The order also required Petitioner to "file a reply to the responsive pleading" "within 30 days of the receipt of the Respondent's responsive pleading."

On August 24, 2005 Respondent moved "for a 31 day enlargement of time to file a response to the petition" ("September 26, 2005"), which this Honorable Court granted. On or about October 1, 2005, petitioner received a copy of government's answer. Per Court order Petitioner's reply is due by October 31, 2005. For reasons detailed herein Petitioner respectfully seeks an enlargement of time until December 30, 2005 to file the Reply Brief and Memorandum of Law.

Petitioner arrived in India on September 21, 2005. He was not allowed to carry with him his legal papers beyond those on his person. The 8-9 boxes of legal and personal stuff, held on his behalf by his family and friends in US, are still awaiting shipment from US. Access to the court records is crucial in pleading his claims and responding to government's opposition. Furthermore Petitioner had averred in his Petition that.

> "Petitioner will seek leave of this Honorable Court to supplement his claims and file a Memorandum of Law subsequent to the Supreme Court's disposition of the pending Certiorari petition."

See Petition, p9. Petitioner's Certiorari is technically still pending as he is moving the Court for a Rehearing pursuant to Marshall v. Marshall, Certiorari Granted, 2005 U.S. LEXIS 5421 (Sept. 27, 2005).

Petitioner did not seek any enlargement of time prior to the instant Motion. For all the above reasons Petitioner respectfully prays that his request for enlargement of time until December 30, 2005 be kindly allowed.

Respectfully submitted,

Fazal Raheman

**Certificate Of Mailing The Petition**

I, the undersigned Petitioner, herein certify that I served a copy of the foregoing pleading to Mr John T. McNeil, AUSA, on October 17, 2005, by mailing first class postage prepaid through Mr Don Mossman to One Courthouse Way, Suite 9200, Boston, MA 02210, and also personally faxed a cop to his FAX # (617) 748-3953.

Fazal Raheman