UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
FAZAL RAHEMAN,                )
      Petitioner,             )
                              )
       v.                     )  CIVIL ACTION NO. 05-11568-PBS
                              )
UNITED STATES OF AMERICA,     )
      Respondent.             )
_____)
```

**PROCEDURAL ORDER**

May 26, 2004

Saris, U.S.D.J.

    <u>Pro se</u> Petitioner Fazal Raheman has now been deported to India, and the sentence has been completed. Although the government has not raised the issue of mootness, I must determine whether I have subject matter jurisdiction. In particular, pro se petitioner shall explain what collateral consequences flow from the criminal judgment within 60 days. The government shall respond within 14 days thereafter.

                                              **S/PATTI B. SARIS**
                                              United States District Judge