UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FAZAL RAHEMAN )<br>      Petitioner )<br>      v. )<br>       )<br>UNITED STATES OF AMERICA )<br>      Respondent ) | CIV. NO. 05-CV-11568-PBS |

### Government's Motion for Enlargement of Time

The United States of America, by and through Assistant United States Attorney John T. McNeil, respectfully requests an enlargement of time to respond to the petitioner's Memorandum in Compliance with Court Order Dated May 26, 2006 (Doc. No. 11). The government requests an enlargement of time until August 25, 2006. As reason therefore, undersigned counsel received this pleading on July 27, 2006 and will be on annual leave from July 29, 2006 to August 15, 2006.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Date: July 28, 2006        By: /s/ John T. McNeil
JOHN T. MCNEIL
Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I, John T. McNeil, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

/s/ John T. McNeil
JOHN T. McNEIL
Assistant U.S. Attorney