**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
IN CLERKS OFFICE

2007 JAN 11  A 11: 48

FAZAL RAHEMAN
    Petitioner

U.S. DISTRICT COURT
DISTRICT OF MASS.

v.

**CIV. NO. 05-CV-11568-PBS**

UNITED STATES OF AMERICA
    Respondent

**APPLICATION FOR INTERVENTION OR, IN THE ALTERNATIVE, FOR LEAVE**
**TO PARTICIPATE AS *AMICUS CURIAE***

This Applicant is a non-profit human rights organization that investigates supports and pursues the defense of human rights violations locally, nationally and internationally. The Applicant has followed the instant case since 2002 and has first hand appraisal of violations of fundamental rights of the Petitioner. This Applicant had also earlier participated as Amicus Curiae in the appellate proceedings of this case before the First Circuit Court of Appeals. The Appeals Court did not reach the merits of this Applicant's Amicus pleadings at that time, as the issue according to the Appeals Court was not developed in this Court. Now that this Court has an opportunity to develop the issue, Applicant is moving this application to Intervene pursuant to Rule 24(a)(2) of Fed Rules of Civil Procedure. In the alternative the Applicant is seeking leave to participate in the instant proceedings as Amicus Curiae. As reasons therefore the Applicant respectfully relies on the "Disclosure of Interests" made in "the Brief in support of application for intervention or, in the alternative participation as amicus curiae" filed herein with this Application.

1

In the leading case on intervention and determinative documents, *Massachusetts School of Law at Andover, Inc. v. United States*, 118 F.3d 776, 781-82 (D.C. Cir. 1997), the court concluded that the School was entitled to intervene as of right to seek disclosure of documents for using those documents in its own antitrust suit.   Just like the School's interest in obtaining evidence for that suit, this Applicant has "interest relating to the [human rights violation] which is the subject of the [instant] action." Fed. R. Civ. P. 24(a)(2).

Applicant further submits that it is pursuing its Rule 24 interests in the instant case by developing the issues for achieving either an effective remedy in this Court or taking it to the higher tribunals.   Towards that end a Human Rights Delegation of eminent jurists of India is being constituted for visiting Massachusetts to prepare a comprehensive report on the United States judiciary's compliance with the Universal Declaration of Human Rights, Articles 3, 8 & 10 and International Covenant on Civil and Political Rights, Articles 3, 9 & 14 in the instant case.  Applicant envisions the process and production of the report before this Court will take approximately 120 days.  We therefore seek grant of time until May 1, 2007 for submission of the report and consequent oral arguments.  The grant of time will not burden any of the interests of the Petitioner or Respondent, nor will it burden Court's Calendar.  On the contrary the said submission will facilitate better presentation and equitable resolution of the issues.

For all the above reasons we urge the Court;
a)  Allow the Rule 24 request for Intervention;
b)  Alternately grant leave to participate in further proceedings as Amicus Curiae;

2

c) Grant time until May 1, 2007, to bring on record the report of the visiting Human Rights

Delegation and for participation in the Oral Arguments.

Respectfully submitted,

January 3, 2007

Avinash Gupta, Advocate, Bombay High Court, Nagpur
Bench, Nagpur (India)
(Lead Counsel for Intervener / *Amicus Curiae*)
18, Bhagwaghar layout,
Dharampeth, Nagpur 440001
INDIA  Tel. (Off.) +91 712 2531158

Dr. D.P. Lalwani
Secretary, Institute of Human Rights
227, Jaripatka, Nagpur 440014,
INDIA Tel: (off.) +91 712 2644297

## CERTIFICATE OF SERVICE

I, Avinash Gupta, hereby certify that on January 3, 2007, the copy of the brief in support of application for intervention or, in the alternative participation as amicus curiae, was served upon Mr. John McNeil, AUSA at One Courthouse Way, Suite 9200, Boston, MA 02210 by depositing it with Courier.

January 3, 2007

Avinash Gupta, Advocate

## CERTIFICATE OF SERVICE

I, Avinash Gupta, hereby certify that on January 3, 2007, the copy of the foregoing application for intervention or, in the alternative participation as amicus curiae, was served upon Dr Fazal Raheman, by hand delivery to him at 103 Firdos Apartment, New Colony, Nagpur 440001, India.

January 3, 2007

Avinash Gupta, Advocate